UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

                                 Case No. 23-cr-149-pp

   v.

PRECIOUS CRUSE,

       Defendant.

## VERDICT FORM

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action, find the defendant, Precious Cruse:

**_Guilty_**
(Guilty/Not Guilty) — of healthcare fraud related to C.S., in violation of Title 18, United States Code, Section 1347, as charged in Count One.

**_Guilty_**
(Guilty/Not Guilty) — of healthcare fraud related to D.B., in violation of Title 18, United States Code, Section 1347, as charged in Count Two.

**_Guilty_**
(Guilty/Not Guilty) — of healthcare fraud related to K.D., in violation of Title 18, United States Code, Section 1347, as charged in Count Three.

**_Guilty_**
(Guilty/Not Guilty) — of healthcare fraud related to M.H., in violation of Title 18, United States Code, Section 1347, as charged in Count Four.

1

_____Guilty_____
(Guilty/Not Guilty)

of healthcare fraud related to J.L., in violation of Title 18, United States Code, Section 1347, as charged in Count Five.

_____Guilty_____
(Guilty/Not Guilty)

of healthcare fraud related to A.B., in violation of Title 18, United States Code, Section 1347, as charged in Count Six.

_____Guilty_____
(Guilty/Not Guilty)

of healthcare fraud related to T.I., in violation of Title 18, United States Code, Section 1347, as charged in Count Seven.

_____Guilty_____
(Guilty/Not Guilty)

of healthcare fraud related to A.H., in violation of Title 18, United States Code, Section 1347, as charged in Count Eight.

_____Guilty_____
(Guilty/Not Guilty)

of healthcare fraud related to T.B., in violation of Title 18, United States Code, Section 1347, as charged in Count Nine.

_____Guilty_____
(Guilty/Not Guilty)

of aggravated identity theft related to D.B., in violation of Title 18, United States Code, Section 1028A(a)(1), as charged in Count Ten.

_____Guilty_____
(Guilty/Not Guilty)

of aggravated identity theft related to K.D., in violation of Title 18, United States Code, Section 1028A(a)(1), as charged in Count Eleven.

_____Guilty_____
(Guilty/Not Guilty)

of false statements related to health care matters, related to C.S., in violation of Title 18, United States Code, Section 1035(a)(2), as charged in Count Twelve.

_____Guilty_____
(Guilty/Not Guilty)

of false statements related to health care matters, related to J.L., in violation of Title 18, United States Code, Section 1035(a)(2), as charged in Count Thirteen.

2

___*Guilty*___
(Guilty/Not Guilty)

of false statements related to health care matters, related to A.B., in violation of Title 18, United States Code, Section 1035(a)(2), as charged in Count Fourteen.

___*Guilty*___
(Guilty/Not Guilty)

of offering or paying a healthcare kickback on or about April 5, 2021, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(B), as Charged in Count Fifteen.

___*Guilty*___
(Guilty/Not Guilty)

of offering or paying a healthcare kickback on or about April 1, 2021, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(B), as Charged in Count Sixteen.

___*Guilty*___
(Guilty/Not Guilty)

of money laundering, in violation of Title 18, United States Code, Section 1957, as Charged in Count Seventeen.

Dated in Milwaukee this 12th day of September, 2025.

███████████████████████████

**FOREPERSON—Signature**

███████████████████████████

**FOREPERSON—Printed Name**

3