UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: September 8, 2025
JUDGE: Pamela Pepper
CASE NO: 2023-cr-149
CASE NAME: United States of America v. Precious Cruse
NATURE OF HEARING: Jury Trial –Day 1
APPEARANCES: Julie Stewart – Attorney for the government
Kate Biebel – Attorney for the government
Brian Fahl – Attorney for the defendant
Precious Cruse – Defendant
COURTROOM DEPUTY: Justin Dreikosen
COURT REPORTER: Tom Malkiewicz
TIME: 8:32 a.m. – 4:42 p.m.
HEARING: Jury Trial—Day 2, September 9, 2025 at 9:00 a.m.

**AUDIO OF THIS HEARING AT DKT. NO. 58**

| START – 8:32 a.m. *Venire* sworn – 9:39 a.m. | Morning break - 11:22-11:33 *Petit* jury sworn 12:18 | Lunch break: 12:24 p.m. – 1:30 p.m. | Afternoon recess: 3:21 p.m. – 3:38 p.m. | End of Day: 4:42 p.m. |
|---|---|---|---|---|

The court advised the parties that it had excused one potential juror from the *venire* for a family emergency.

The courtroom deputy swore the *venire* and the court addressed the jurors. The court conducted the *voir dire*. At the end of questioning, the parties saw jurors #10, #13, #23 and #34 at sidebar. With the agreement of the parties, the court struck nine (9) jurors for cause.

The parties exercised their peremptory strikes. Once the jury had been selected, the courtroom deputy swore in the *petit* jury and two alternates. The court excused the jurors for lunch.

The court reconvened and instructed the jurors. The prosecution and defense counsel both made opening statements.

The government called witness Kimbery Bevers. The government read **stipulation #5;** under this stipulation, the court admitted **Exhibits 12-17**. The government read **stipulation #4**; under this stipulation, the court admitted **Exhibits 2-10; 20; 292**. After Bevers' testimony, the government clarified that under stipulation #5, it had meant to ask the court to admit Exhibit 11. Under this stipulation, the court admitted **Exhibit 11**.

1

The government called witness Vivian Mealing.

Once Mealing's testimony had concluded, the court excused the jury at 4:40 p.m., instructing the jurors to report at 9:00 a.m. on September 9.

The court stood in recess at 4:42 p.m.