UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: September 10, 2025
JUDGE: Pamela Pepper
CASE NO: 2023-cr-149
CASE NAME: United States of America v. Precious Cruse
NATURE OF HEARING: Jury Trial – Day 3
APPEARANCES: Julie Stewart – Attorney for the government
Kate Biebel – Attorney for the government
Brian Fahl – Attorney for the defendant
Precious Cruse – Defendant
COURTROOM DEPUTY: Justin Dreikosen
COURT REPORTER: Tom Malkiewicz
TIME: 8:59 a.m. – 4:25 p.m.
HEARING: Jury Trial – Day 4, September 11, 2025 at 9:00a.m.

**AUDIO OF THIS HEARING AT DKT. NO. 60**

| Start – 8:59 a.m. | Morning recess - 10:31-10:48a.m. | Lunch: 12:34 p.m. – 1:37 p.m. | Afternoon recess: 3:44 p.m. – 4:04p.m. | End of Day: 4:25 p.m. |
|---|---|---|---|---|

Witness Rory O'Sullivan resumed the stand. During this witness's testimony, the government offered and the court admitted **Exhibits 336 and 330.** Defense counsel cross-examined the witness.

The government called witness Dae'sha Bradley. Defense counsel cross-examined Bradley.

The government called witness Taja Walker. Defense counsel cross-examined Walker.

The court broke for lunch from 12:35 to 1:37 p.m.

The government called witness Amber Hackett.

The government called witness Robert Derendinger, Jr. During this witness's testimony, the government offered and the court admitted **Exhibits 324—327.**

The government called witness Samone Thomas. During this witness's testimony, the prosecutor read **stipulation #7**. Under this stipulation, the court admitted **Exhibits 296 and 297.**

1

The government called witness Tiffany Brown.

The government called witness Afrisha Prince.

The court took an afternoon recess from 3:43 to 4:02.

The government called witness Sheridan Johnson. Through this witness, the government offered and the court admitted **Exhibits 321-323.**

The court excused the jury at 4:21 p.m.

The court asked the parties to review the draft jury instructions for a jury instruction conference tomorrow evening after the close of testimony.

The court stood in recess at 4:25 p.m.